Argued and submitted April 28, fine vacated; order otherwise affirmed May 11, 1988

## MICHAEL SUMMERHALDER,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-309; CA A45469)

753 P2d 958

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary which found him guilty of a disciplinary rule and imposed a $100 fine. He argues that there is not sufficient evidence to support the finding of guilty. There is. He also contends that the fine is unlawful. It is. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; order otherwise affirmed.